**Scott MONACO, Brian Nicholson, et al., Plaintiffs–Appellants,**

v.

**CITY OF JACKSONVILLE, a Florida municipality, Defendant–Appellee.**

No. 15–14267

United States Court of Appeals, Eleventh Circuit.

Date Filed: 11/23/2016

---

Noah Scott Warman, D. Marcus Braswell, Jr., Robert A. Sugarman, Dustin L. Watkins, Sugarman & Susskind, PA, Coral Gables, FL, Andrew D. Abramowitz, Daniel Mirachi, Philadelphia, PA, Mark S. Willis, Washington, DC, Spector Roseman Kodroff & Willis, PC, Mark David Bogen, Bogen law Group, PA, Boca Raton, FL, Tanisha Nunn Gary, Willie E. Gary, Gary Williams Finney Lewis Watson & Sperando, PL, Stuart, FL, for Plaintiffs–Appellants.

David Jeffrey D'Agata, Martin County Attorney's Office, Stuart, FL, Craig Dennis Feiser, Carol Mirando, Adina Teodorescu, Office of General Counsel, City of Jacksonville, Jacksonville, FL, for Defendant–Appellee.

Before ED CARNES, Chief Judge, ANDERSON, Circuit Judge, and ROSENBERG,* District Judge.

PER CURIAM:

We have had the benefit of oral argument, and have carefully reviewed the briefs of the parties and relevant parts of the summary judgment record. We conclude that the judgment of the district court should be affirmed on the basis of the excellent and comprehensive opinion of the district court rendered on September 30, 2014.

AFFIRMED.

---

* Honorable Robin L. Rosenberg, United States District Judge for the Southern District of Florida, sitting by designation